191 So. 475

### Governor LINDSEY v. STATE.

### 7 Div. 584.

Supreme Court of Alabama.

Oct. 12, 1939.

Motley & Motley, of Gadsden, for petitioner.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Petition of Governor Lindsey for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Lindsey v. State, 191 So. 474.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.